```
Constance N. Zarkowski, Esq. (SBN: 208004)
LAW OFFICE OF CONSTANCE N. ZARKOWSKI
2277 Townsgate Rd. Suite 212
Westlake Village, CA 91361
Phone:    (805) 379-0136 (Zarkowski)
Facsimile: (805) 379-1292
Email: cnz@virtualadvocate.net

David S. Miller, Esq. (SBN: 195634)
LAW OFFICE OF DAVID S. MILLER
2277 Townsgate Rd. Suite 212
Westlake Village, CA 91361
Phone:(805)230-1120
Facsimile: (805) 379-1292
Email: dsmilleresq@aol.com

Attorneys for PLAINTIFF
ERIC ANDERSON
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANDERSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DIVERSEY, INC., a Delaware corporation;<br><br>and DOES I through 50, inclusive,<br><br>　　　　Defendants. | CV 10-06047-RGK (SSx)<br><br>**PLAINTIFF'S RESPONSE TO (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF JURISDICTION**<br><br>Trial Date: Not Assigned |

　　Plaintiff ERIC ANDERSON hereby responds to (In Chambers) Order to Show Cause Re: Lack of Jurisdiction.

　　Plaintiff does not object to dismissal. The amount of unpaid wages in controversy is approximately $38,194.00.

PLAINTIFF'S RESPONSE TO (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF JURISDICTION

1 | Respectfully submitted,

2 | DATED: August 25, 2010

/s/ Constance N. Zarkowski

Attorney for Plaintiff
**ERIC ANDERSON**

PLAINTIFF'S RESPONSE TO (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF JURISDICTION

# CERTIFICATE OF SERVICE
ANDERSON v. DIVERSEY, INC.
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE NO. CV 10-06047-RGK (SSx)

I am employed in the County of Ventura, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 2277 Townsgate Rd. Suite 212, Westlake Village, CA 91361

On August 27, 2010 I served the document(s) described as:

**PLAINTIFF'S RESPONSE TO (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF JURISDICTION**

on the interested parties by causing copies thereof to be faxed, electronically transmitted, mailed, or hand delivered to each person listed herein below, as indicated. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] VIA FACSIMILE: I caused such document to be faxed to: (619) 718-9797

[X] BY ELECTRONIC TRANSMISSION: Based on a Court Order to accept service by electronic transmission, I caused the document (s) to be sent through PACER and/or from email address cnz@virtualadvocate.net to the persons at the email addresses listed below in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business. The below stated name(s) and address(es) of the person(s) served as shown on the envelope, and the date and place of business where the correspondence was placed for deposit in the United States Postal Service. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ] BY HAND DELIVERY: I caused such envelope to be delivered by hand to the individual named herein below.

[X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on April 13, 2009 at Westlake Village, California

**CERTIFICATE OF SERVICE**
ANDERSON v. DIVERSEY, INC.
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE NO. CV 10-06047-RGK (SSx)

SERVICE LIST

Sandra L. McDonough, Esq.
Brenda S. Kasper, Esq.
PAUL, PLEVIN, SULLIVAN & CONNAUGHNTON
401 B Street, Tenth Floor
San Diego CA 92101-4232

DATED this 27th day of August, 2010 at Westlake Village, California.

s/Constance N. Zarkowski